UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :

                               :

VS.                            :

                               :
                                                87-cr-204-03
JEROME YU'SEF ALI,             :

      Defendant.               :    **ORDER OF RE-ASSIGNMENT**

                                                :

                               :
- - - - - - - - - - -

It is on this 14th day of January, 2010, on the court's own motion:

ORDERED that the above entitled matter is hereby re-assigned from JUDGE STANLEY S. BROTMAN to JUDGE NOEL L. HILLMAN.


　　　　　　　　　　　　　S/Garrett E. Brown, Jr.
　　　　　　　　　　　　　**GARRETT E. BROWN, JR., CHIEF JUDGE**
　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**

Original
FILED
JAN 14 2010
AT 8:30
WILLIAM T. WALSH
CLERK